IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DIAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-747 |
| ) | |
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff The Dial Corporation hereby dismisses this action without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Attorneys for The Dial Corporation*

OF COUNSEL:

Louis J. Virelli, Jr.
Stephen B. Judlowe
Philip Hirschhorn
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000

Dated:  March 18, 2008
2159080